IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

**LEE KEARNEY**

      **Plaintiff,**　　　　　　　　　　**CASE NO.: 8:25-cv-2077-WFJ-SPF**

**CEDAR OAK REI, INC., an Idaho
Corporation (formerly Cedar Oak, Inc., a
Texas Corporation),**

      **Defendant,**
_____/

### AGREED ORDER GRANTING IN PART DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND AND <u>STRIKING DEMAND FOR JURY TRIAL</u>

This matter came before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint and to Strike Jury Trial Demand (Doc. 12). The parties have conferred and agree to the relief set forth below. Having considered the motion and the parties' agreement, it is **ORDERED**:

1. **The Motion (Doc. 12) is GRANTED IN PART** as stated in this Order.

2. **Dismissal Without Prejudice.** The Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. **Leave to Amend to Add Parties.** Plaintiff is granted leave to file an **Amended Complaint within 14 days** of the date of this Order to add all required or proper parties and to replead in conformity with Federal Rules of Civil Procedure 8, 10, 15, and 19 and the Local Rules of this Court.

4. **Jury Demand Stricken.** Plaintiff's demand for trial by jury is **STRICKEN** based on the parties' agreement and the governing contractual jury-trial waiver applicable to this dispute. The action will proceed non-jury unless otherwise ordered.

5. **Response Deadline.** Defendant must respond to any Amended Complaint **within 14 days after service**. *See* Fed. R. Civ. P. 15(a)(3).

6. Plaintiff shall have fourteen (14) days to file an amended complaint with the described added party.

7. **Failure to Amend.** If Plaintiff does not timely amend, the Court may direct the Clerk to **close the case** without further notice.

ORDERED in Tampa, Florida on September 15, 2025.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

4935-0840-1256, v. 4